IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEROME SOTO-DAVILA<br>Defendant. | **INDICTMENT**<br>CRIMINAL NO. 25-465 (MAJ)<br><br>VIOLATIONS:<br>18 U.S.C. § 922(g)(1)<br><br>FORFEITURE<br>18 U.S.C. § 924(d)(l)<br>28 U.S.C. § 2461(c)<br><br>ONE COUNT |

**THE GRAND JURY CHARGES:**

## COUNT ONE
### Prohibited Person in Possession of a Firearm and Ammunition: Felon
### (18 U.S.C. § 922(g)(l))

On or about November 4, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

JEROME SOTO-DAVILA,

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition – that is, one (1) Glock pistol, model 19x, 9mm caliber, bearing serial number ADLE959US; and 16 rounds of 9mm caliber ammunition – said firearm and ammunition having been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(l) and 924(a)(8).

## FIREARMS FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Upon conviction of the offense alleged in Count One of this Indictment, defendant JEROME SOTO-DAVILA, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms, ammunition, and magazines involved in the commission of those offenses, including but not limited to one (1) Glock pistol, model 19x, 9mm caliber, bearing serial number ADLE959US; and 16 rounds of 9mm caliber ammunition. All pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

TRUE BILL,

FOREPERSON

Date: 11-5-2025

W. STEPHEN MULDROW
United States Attorney

_____
Jonathan L. Gottfried
Assistant United States Attorney
Chief, Violent Crimes and
National Security Division

_____
Jeanette M. Collazo-Ortiz
Assistant United States Attorney